IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DARIUS MANNING                                                                                                PLAINTIFF
ADC #152493

v.                                              4:21-cv-00690-LPR-JJV

POWELL                                                                                                        DEFENDANT

### PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Lee P. Rudofsky. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen days from the date of the findings and recommendations. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

Darius Manning ("Plaintiff") filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 2). At the time Plaintiff filed this lawsuit, he was incarcerated at the Varner Unit of the Arkansas Division of Correction. (*Id.*) On August 24, 2021, mail from the Court to Plaintiff was

returned as undeliverable. (Doc. No. 5.) On August 26, 2021, I directed Plaintiff update his address within thirty (30) days. (Doc. No. 6.) Plaintiff was warned that if he did not do so, I would recommend that this case be dismissed without prejudice. (*Id.*) More than 30 days have passed and Plaintiff has not updated his address or otherwise responded to my August 26, 2021 Order. Mail from the Court to Plaintiff continues to be returned as undeliverable. (Doc. No. 7.) Accordingly, Plaintiff's Complaint should be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 29th day of September 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE